UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ROY MUNN, Individually,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 4:21-cv-307 |
| : | |
| **CORLEONE'S TRATTORIA** : | |
| **SAVANNAH, LLC** : | |
| **A Domestic Limited Liability Company** : | |
| : | |
| Defendant. | |
| _____ / | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Roy Munn and Defendant Corleone's Trattoria Savannah, LLC, submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 16th day of February 2022.

*/s/ Pete M. Monismith*                                            */s/ Matthew D. Adkins*

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Matthew D. Adkins<br>10164 Ford Avenue, Suite A<br>PO Box 1569<br>Richmond Hill, GA 31324<br>matt@themurrayfirm.com<br>**Attorney for Defendant** |